*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 12, 2016                    521745
_____

In the Matter of KEITH SNARE,
                        Petitioner,

        v
                                        MEMORANDUM  AND  JUDGMENT

CAPTAIN BERTONE, as Corrections
    Captain, Shawangunk
    Correctional Facility,
                        Respondent.
_____

Calendar Date:  March 29, 2016

Before:  Peters, P.J., Lahtinen, Garry, Rose and Mulvey, JJ.

                    _____


        Keith Snare, Wallkill, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Ulster County) to
review a determination of the Superintendent of Shawangunk
Correctional Facility finding petitioner guilty of violating a
prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Lahtinen, Garry, Rose and Mulvey, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court